# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-40255
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 22, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MAURICIO ALEJANDRO VAZQUEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:14-CR-741-1

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Mauricio Alejandro Vazquez raises arguments that are foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 562-63 & n.28 (5th Cir. 2013) (en banc), in which this court held that the generic, contemporary definition of "sexual abuse of a minor" does not require that the age of consent be below 17 years old and does not include an age differential requirement, and *United States v. Elizondo-Hernandez*, 755 F.3d

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-40255

779, 782 (5th Cir. 2014), *cert. denied*, 135 S. Ct. 1011 (2015), in which this court held that indecency with a child by contact under Texas Penal Code § 21.11 satisfied the generic definition of "sexual abuse of minor." Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.